1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8    JAMES R. SPITZER,

9                         Plaintiff,                Case No. C25-771-JHC-MLP

10           v.                                     ORDER

11   JACK WARNER,

12                        Defendant.

13

14          Having reviewed de novo the Report and Recommendation of the Honorable Michelle L.

15   Peterson, United States Magistrate Judge, Dkt. # 7, Plaintiff's objections thereto, Dkt. # 8, and

16   the remaining record, the Court finds and ORDERS:

17          (1)     The Court ADOPTS the Report and Recommendation.  The objections at Dkt. # 8

18   do not persuade the Court that Magistrate Judge Peterson erred in any respect in either the order

19   at Dkt. # 5 or the Report and Recommendation at Dkt. # 7.

20          (2)     Plaintiff's amended complaint (dkt. # 6) and this action are DISMISSED without

21   prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B) for failure to state

22   a claim.  This dismissal shall be counted as a strike under 28 U.S.C. § 1915(g).

23

ORDER - 1

1    (3)    The Clerk is directed to send copies of this Order to Plaintiff and to Judge

2  Peterson.

3    Dated this 29th day of July, 2025.

4

5    _____

    John H. Chun
6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2